USCA1 Opinion

 

 [Not for Publication] United States Court of Appeals For the First Circuit ____________________ No. 97-1932 MARY V. PRATT, Plaintiff, Appellant, v. KELLEY C. PHILBROOK, Defendant, Appellee. ____________________ APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS [Hon. Michael A. Ponsor, U.S. District Judge] ___________________ ____________________ Before Stahl, Circuit Judge. _____________ Campbell, Senior Circuit Judge, ____________________ and Lynch, Circuit Judge. _____________ ____________________ William F. Scannell, Jr. with whom Edward W. McIntyre was on __________________________ ___________________ brief for appellant. Paul G. Pino with whom Clark, Balboni & Gildea was on brief for ____________ _______________________ appellee. ____________________ February 11, 1998 ____________________ Per curiam. In this appeal, plaintiff-appellant Per curiam. ___________ Mary V. Pratt asserts that the district court acted outside its discretion in concluding that her failure to comply with the terms of its sixty-day Settlement Order of Dismissal was not a result of "excusable neglect." See generally Pioneer ___ _________ _______ Inv. Servs. Co. v. Brunswick Assocs. Ltd., 507 U.S. 380 _________________ _______________________ (1993) (explaining the concept of "excusable neglect"). Having carefully reviewed the court's determinations -- as set forth in its comprehensive opinion -- in the light of plaintiff's appellate arguments, we perceive no abuse of discretion. The court's factual findings are well supported and its mixed fact/law determinations are unassailable. Affirmed. Costs to appellee. Affirmed. Costs to appellee. _________ -2- 2